IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GENUINE DUBMAX, INC., et al. | * | |
| Plaintiffs | * | |
| vs. | * | Civil Action No.: SAG-11-812 |
| GREEKTOWN, LLC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STATUS REPORT

The parties to the above-captioned case have reached a settlement in the amount of $40,000. It is anticipated that a stipulation of dismissal with prejudice will be filed by October 22, 2012.

_____  
Cynthia M. Weisz  
Franklin & Prokopik  
Two N. Charles St., Ste. 600  
Baltimore, MD 21201  
*Attorneys for Greektown, LLC*

_____  For.
Harold Dubois Esq.  
Verderaime & DuBois, P.A.  
1231 N. Calvert Street,  
Baltimore, Maryland 21202  
*Attorneys for Plaintiffs*